United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALTA MESA RESOURCES, INC., *et al.*, | § | Case No. 19-35133 (MI) |
| | § | |
| Debtors.¹ | § | (Jointly Administered) |
| | § | |

### FINAL DECREE (I) CLOSING AMH DEBTORS' CHAPTER 11 CASES AND (II) TERMINATING CLAIMS AND NOTICING SERVICES

Upon the motion ("Motion")² of the Plan Administrator on behalf of Alta Mesa Holdings, LP, Alta Mesa Holdings GP, LLC, OEM GP, LLC, Alta Mesa Finance Services Corp., Alta Mesa Services, LP, Oklahoma Energy Acquisitions, LP (collectively, the "AMH Debtors") for entry of final decree (this "Final Decree") pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, (i) closing the Chapter 11 Cases and (ii) granting related relief, each as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the AMH Debtors' estates, their creditors and other parties in interest; and this Court having found that the Plan Administrator's notice of the Motion and opportunity for a

---

[1] The debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

[2] Capitalized terms used by not otherwise defined herein shall have the meanings ascribed to such terms in the *First Amended Joint Plan of Liquidation of Alta Mesa Resources, Inc. and its AMH and SRII Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1757] (as may be amended, modified, or supplemented).

1

hearing on the Motion were appropriate and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Each of the following Chapter 11 Cases is hereby closed, effective as of the date hereof:

| Name of AMH Debtor | Case Number |
|---|---|
| Alta Mesa Holdings, LP | 19-35134 |
| Alta Mesa Holdings GP, LLC | 19-35135 |
| OEM GP, LLC | 19-35136 |
| Alta Mesa Finance Services Corp. | 19-35137 |
| Alta Mesa Services, LP | 19-35138 |
| Oklahoma Energy Acquisitions, LP | 19-35139 |

2. A docket entry shall be made in each of the above Chapter 11 Cases reflecting entry of this Order.

3. Entry of this Order is without prejudice to the rights of any Debtor or other party in interest to seek to reopen any of the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

4. Within 30 days of entry of this Order, the AMH Debtors shall (i) file with this Court and provide to the U.S. Trustee all outstanding post-confirmation reports and (ii) pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6)(A) and (B) and remit payment to the U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6200, and furnish evidence of such payment to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect such AMH Debtors' account numbers and shall be transmitted with a form post-confirmation operating report available from the U.S. Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

5. The AMH Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order, including each of those matters set forth or referenced in Article XI of the Plan.

Signed: December 30, 2025

_____
Marvin Isgur
United States Bankruptcy Judge